[No. 51778-3-I.  Division One.  November 1, 2004.]

*In the Matter of the Estate of* GLENDALEEN DAWSON.
DAN L. LARSON, *as Personal Representative,*
*Appellant,* v. MIMI BURWELL, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 01-4-03029-6, Mary Yu, J., entered January 6, 2003. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Coleman and Becker, JJ.

[No. 51992-1-I.  Division One.  November 1, 2004.]

*In the Matter of the Personal Restraint of* GARRIDAN
NELSON, *Petitioner.*

Petition for relief from personal restraint. *Denied* by unpublished per curiam opinion.

[No. 52003-2-I.  Division One.  November 1, 2004.]

JAMES L. FRANCALANGIA, ET AL., *Appellants,* v. 603 FIFTH
AVENUE, L.L.C., ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 01-2-10136-6, Terence Lukens and James A. Doerty, JJ., entered July 22, 2002 and February 13, 2003. *Affirmed in part* and *reversed in part* by unpublished opinion per Appelwick, J., concurred in by Grosse and Baker, JJ.

[No. 52095-4-I.  Division One.  November 1, 2004.]

RAYMOND BREDA, ET AL., *Respondents,* v. B.P.O. ELKS LAKE
CITY 1800 SO-620, ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 02-2-12479-8, John P. Erlick, J., entered March 7, 2003. *Affirmed* by unpublished opinion per Cox, C.J., concurred in by Coleman and Baker, JJ.